```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                   TAMPA DIVISION
```

PIERO A. BUGONI,

    Plaintiff,

v.                              Case No.: 8:15-cv-1716-T-33MAP

JANE CASTOR, ET AL.,

    Defendants.
_____/

**ORDER**

This matter comes before the Court sua sponte. As explained below, the Court stays and administratively closes this civil rights action pending resolution of Plaintiff Piero Bugoni's criminal proceedings, which are taking place in state court.

**Discussion**

Bugoni initiated this action on July 23, 2015, by filing a sprawling 275-page pro se Complaint against 41 Defendants, including law enforcement personnel and the Mayor of Tampa. (Doc. # 1). On August 18, 2015, the Court entered an Order striking the Complaint and authorizing Bugoni to file an Amended Complaint. (Doc. # 12). The Court's ruling was based on the vexatious, inflammatory, and harassing nature of the Complaint as well upon the Court's finding that Bugoni's pleading was a shotgun Complaint.

On September 24, 2015, Bugoni filed his First Amended Complaint. The Court notes that Bugoni has not cured the deficiencies identified in the initial Complaint. Due to the verbose and prolix nature of the Amended Complaint, it is difficult, if not impossible, to ascertain the true nature of the allegations, but it appears that Bugoni claims that he was subjected to an unlawful search and seizure, which led to his arrest. He brings a number of constitutional claims against law enforcement personnel (and other public officials) pursuant to 42 U.S.C. § 1983. He also sues various private actors (such as Google Incorporated, Amazon.com Incorporated, Microsoft Corporation, and Yahoo! Incorporated) in connection with the display of his mugshot on the Internet.

In the Amended Complaint, Bugoni explains that, with respect to the relevant criminal charges, he entered a plea of "Nolo Contendere," "thus terminating that case." (Id. at § 107). However, on October 15, 2015, Bugoni filed an "Emergency Motion for Ruling on Question of Law, to Strike, and For leave to Amend or for Additional Time to Respond," (Doc. # 17), in which Bugoni explains that he has "filed a Motion on 31 August 2015, to withdraw his Plea of No Contest." (Id. at 4). Bugoni remarks that he is in the process of coordinating an evidentiary hearing on the motion to withdraw

his plea of no contest and further indicates that "the State Court proceedings . . . have been reopened." (Id.).

Principles of comity dictate that this Court stay and administratively close this case pending final resolution of the criminal proceedings that are taking place in the state court as described above. In so staying and administratively closing the case, the Court seeks to avoid a situation in which a federal tribunal and a state tribunal render overlapping, and possibly conflicting, decision on case dispositive issues (such as the lawfulness of Bugoni's arrest).

Accordingly, it is

**ORDERED, ADJUDGED** and **DECREED:**

(1) The Clerk shall **STAY AND ADMINISTRATIVELY CLOSE** this case pending final resolution of the criminal action against Bugoni.

(2) Bugoni is directed to keep the Court informed regarding the status of the criminal case by filing a status report on December 21, 2015, and every 60 days thereafter.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 21st day of October, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Parties and Counsel of Record